IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD F. SCANLON,<br>DEBRA J. SCANLON, and<br>FIRST CITZENS BANK AND<br>TRUST COMPANY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C/A No.: 1:13-cv-00099-TLW<br>)<br>)<br>)<br>)<br>)<br>) |
| FIRST CITIZENS BANK AND TRUST COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD F. SCANLON, DEBRA J. SCANLON, AND DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on the United States of America's ("United States") Unopposed Motion for Partial Relief from the Court's Standing Order to Conduct Mediation (Doc. #31) filed on November 14, 2013.

This Court's Standing Order to Conduct Mediation requires "[a]ll parties and their lead trial counsel, having full settlement authority, are required to attend the mediation in person, unless excused by the Court for good cause shown." (Standing Order to Conduct Mediation <u>available at</u>

www.scd.uscourts.gov). In its unopposed motion, the United States seeks relief from that requirement of the Standing Order, and instead seeks an Order from this Court allowing trial counsel, who does not have full settlement authority, to attend the mediation in person while the Chief of the Civil Trial Section, Southern Region, or an Assistant Chief by delegation, one of whom will have full settlement authority in this matter, to be available throughout the mediation for consultation by telephone.[1] The United States' motion states that mediation in this matter is scheduled for December 11, 2013. (Doc. #31).

After careful consideration of the motion and all the facts and circumstances, and with consent of all of the parties, **IT IS ORDERED** that the United States' Motion for Partial Relief from the Court's Standing Order to Conduct Mediation (Doc. #31) be and hereby is **GRANTED.**

Accordingly, the United States is hereby relieved from the requirement of this Court's Standing Order to Conduct Mediation that a representative of each party who possesses full settlement authority personally attend mediation in the above-captioned matter. Instead, trial counsel shall attend mediation in person in this matter, and the Chief of the Civil Trial Section, Southern Region, or an Assistant Chief by delegation, one of whom will possess full settlement authority depending on the size of any potential concession by the United States, shall be available by telephone throughout the mediation.

**IT IS SO ORDERED.**

/s/ Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

November 15, 2013
Columbia, South Carolina

---

[1] The Court notes that full settlement authority in the above-captioned action will rest with one of the three officials listed, depending upon the size of any potential Government concession. (See Doc. #31-1).

2