# Exhibit D

# Excerpts of Deposition of Edward Scanlon
## (November 20, 2013)

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF SOUTH CAROLINA
                    AIKEN DIVISION
                        - - -
United States of America,      :
                               :
          Plaintiff,           :
                               :  1:13-cv-99-TLW
     vs.                       :
                               :
Edward F. Scanlon, Debra J.    :
Scanlon, and First Citizens    :
Bank and Trust Company,        :
Incorporated,                  :
                               :
          Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - -
First Citizens Bank and        :
Trust, Incorporated,           :
                               :
          Plaintiff,           :
                               :  1:13-cv-1739-TLW
     vs.                       :
                               :
Edward F. Scanlon, Debra J.    :
Scanlon, and Department of     :
Treasury - Internal Revenue    :
Service,                       :
                               :
          Defendants.          :
                        - - -
         Wednesday, November 20, 2013
                        - - -
```

ORAL DEPOSITION OF EDWARD F. SCANLON, taken at Womble, Carlyle, Sandridge & Rice, 1727 Hampton Street, Columbia, South Carolina, commencing at 2:40 p.m., before Deidre Osborne, a Court Reporter and Notary Public.

```
                        - - -
                  EVERYWORD, INC.
                   P.O. Box 1459
            Columbia, South Carolina  29202
                    803-212-0012
```

EDWARD F. SCANLON

1   Q. Okay. And then as you read down, it
2   says, "All parties now desire to modify the
3   Note." Do you see that paragraph? It's right --
4   A. Yes. Yes. Yes. Yes.
5   Q. All right. That paragraph also says,
6   "The Note" -- right in the middle of it, it says,
7   "The Note, as modified, continues to be secured by
8   that Mortgage filed in Aiken County at Book 4055
9   Page 723."
10  A. Yes.
11  Q. Okay. This the -- the same mortgage that
12  secured the loan that we -- that you got in '06 is
13  still in effect, right? It was not changed by
14  this document.
15  A. No.
16  Q. Okay. Let me ask you a couple real quick
17  questions about the closing of the '06 loan, and I
18  asked your wife these, too, but just so we've got
19  a complete record, when you closed that loan in
20  '06, nobody's -- you didn't say, "Hey, make it to
21  where the mortgage is only on half of the
22  property," did you?
23  A. No.
24  Q. Okay. All right. Let's -- Mr. Scanlon,
25  are you current -- as you sit here today, can you

Edward Scanlon

EDWARD F. SCANLON

1  testify whether -- as to whether you are current
2  on your loan with First Citizens?
3     A.   No.
4     Q.   You can't testify or you are not current?
5     A.   Not current.
6     Q.   Okay.  Do you know how far in arrears you
7  are you?
8     A.   One month.
9     Q.   Okay.  Let me hand you Exhibit 11.
10                    - - -
11        (First Citizens Amended Complaint marked
12     E. Scanlon Exhibit Number 11, for
13     identification.)
14                    - - -
15  BY MR. CARROLL:
16     Q.   All right.  And it's the -- it is First
17  Citizens' amended Complaint.  I'm sorry.  Just
18  hang on.  Before we get to that, I'm -- let's go
19  back to Exhibit Number 1 which was First Citizens'
20  original Complaint.
21     A.   Okay.
22     Q.   All right.  Do you see on the first page
23  of that it says it was filed May 14th, 2013?
24     A.   Yes.
25     Q.   And then if -- as -- if you flip through