AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Edward F. Scanlon, Debra J. Scanlon, First Citizens Bank and Trust Company Inc<br>*Defendant* | Civil Action No.    1:13-cv-99-MGL |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Judgment is granted in favor of the United States and against Edward Scanlon for his assessed, but unpaid, federal income taxes for the tax years 1999 and 2000, plus applicable penalties and interest, in the total amount of $1,055,226.75 as of January 17, 2014 plus statutory interest from that date as allowed by 26 U.S.C. §§ 6621, 6622.  Judgment is granted in favor of the United States and against Edward Scanlon and Debra Scanlon for their joint assessed, but unpaid, federal income taxes for the tax years 2002 through 2004, plus applicable penalties and interest, in the total amount of $579,108.22 as of February 10, 2014, plus statutory interest from that date as allowed by 26 U.S.C. §§ 6621, 6622.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date:   August 11, 2014                                            *CLERK OF COURT*

                                                                    s/Angela Lewis, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*